IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
ASHEVILLE DIVISION

CIVIL NO. 1:04CV146
(4:96CR53-13)

TONY HOEY,                    )
                              )
        Petitioner,           )
                              )
Vs.                           )    O R D E R
                              )
UNITED STATES OF AMERICA,     )
                              )
        Respondent.           )
_____)

**THIS MATTER** is before the Court on the Petitioner's motion filed March 30, 2006.

To the extent that Petitioner's motion seeks an expedited review of his § 2255 motion pending before this Court, that request is denied.

**IT IS, THEREFORE, ORDERED** that the Petitioner's motion is **DENIED**.

Signed: April 4, 2006

Lacy H. Thornburg
United States District Judge