# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF NORTH CAROLINA
# ASHEVILLE DIVISION

CIVIL NO. 1:04cv146
(4:96cr53)

| | |
|---|---|
| ANTHONY HOEY, | ) |
| | ) |
| Petitioner, | ) |
| | ) |
| vs. | )    **O R D E R** |
| | ) |
| UNITED STATES OF AMERICA, | ) |
| | ) |
| Respondent. | ) |

**THIS MATTER** is before the Court on the Petitioner's motion for reconsideration of the Judgment issued June 13, 2006, denying and dismissing his motion filed pursuant to 28 U.S.C. § 2255.

On review of the motion, the Court finds no grounds stated therein to warrant reconsideration of the Petitioner's § 2255 motion or the Court's Judgment.

**IT IS, THEREFORE, ORDERED**, that the Petitioner's motion for reconsideration is hereby **DENIED.**

Signed: July 11, 2006

Lacy H. Thornburg
United States District Judge